## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**DAVID WEBB and MELISSA WEBB,**     Civil Action Number

                        **Plaintiffs,**     2:11-cv-02604-JAR-DJW

    vs.

**CREDIT MANAGEMENT, LP,**

                        **Defendant.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiffs David Webb and Melissa Webb, and the defendant, Credit Management, LP hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                       Respectfully submitted,

Dated: <u>March 15, 2012</u>     By: <u>/s/J. Mark Meinhardt</u>
                                                J. Mark Meinhardt #20245
                                                9400 Reeds Road, Suite 210
                                                Overland Park, KS 66207
                                                Telephone:     (913) 451-9797
                                                Fax:             (913) 451-6163
                                                mark@meinhardtlaw.com
                                                ATTORNEY FOR PLAINTIFF

Dated: <u>March 15, 2012</u>     By: <u>/s/Louis J. Wade</u>
                                                Louis, J. Wade, #13042
                                                Mikki L. Copeland, #23240
                                                McDowell Rice Smith & Buchanan P.C.
                                                605 West 47th Street, Suite 350
                                                Kansas City, MO 64112
                                                Telephone:     (816) 960-7342
                                                Fax:             (816) 753-9996
                                                lwade@mcdowellrice.com
                                                mcopeland@mcdowellrice.com
                                                ATTORNEY FOR DEFENDANT